NO. 07-06-0376-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 16, 2006

_____

In the Interest of T. A. V., a Child

_____

FROM THE 121st DISTRICT COURT OF TERRY COUNTY;

NO. 17031; HON. KELLY G. MOORE, PRESIDING

_____

***MEMORANDUM OPINION***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Paula Jean Vickers filed a notice of appeal on September 29, 2006. However, she did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5. Nor did she file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated October 2, 2006, we informed appellant that "the filing fee in the amount of $125.00 has not been paid. Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal." TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The deadline lapsed, and the fee was not received.

Because appellant failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam